No. 85–1063.  LIZZA INDUSTRIES, INC. v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 85–1079.  AMERICAN POUCH FOOD CO., INC. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 85–1082.  HOLBROCK v. YOUNG, JUDGE, WARREN COUNTY COMMON PLEAS COURT.  Ct. App. Ohio, Warren County.  Certiorari denied.

No. 85–1084.  CITY OF INDEPENDENCE, OHIO, ET AL. v. TYLER, DIRECTOR OF ENVIRONMENTAL PROTECTION OF OHIO, ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 85–1095.  AAMODT ET UX. v. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1096.  VAN SANT v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–1117.  ASHWOOD MANOR CIVIC ASSN. ET AL. v. DOLE, SECRETARY OF TRANSPORTATION, ET AL. (two cases).  C. A. 3d Cir.  Certiorari denied.

No. 85–1166.  SOUTHWEST MORTGAGE SERVICE CORP. v. PEZZULLI.  C. A. 5th Cir.  Certiorari denied.

No. 85–1169.  TERRE DU LAC, INC., ET AL. v. TERRE DU LAC ASSN., INC.; and
No. 85–1331.  TERRE DU LAC ASSN., INC. v. TERRE DU LAC, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.  Reported below: 772 F. 2d 467.

No. 85–1171.  BRISTOW v. DAILY PRESS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 85–1181.  ENNIS v. NEW JERSEY BELL TELEPHONE CO. C. A. 3d Cir.  Certiorari denied.

No. 85–1184.  BROOKLYN UNION GAS CO. v. NEW YORK STATE BOARD OF EQUALIZATION AND ASSESSMENT ET AL.  Ct. App. N. Y.  Certiorari denied.